UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**MAVRICK KOMASINSKI,**

          CASE NO.:  1:21-CV-21281-JAL-LFL

    Plaintiff,

v.

**OFF LEASE ONLY, LLC,**

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

The parties, by and through their undersigned counsel, in accordance with Local Rule 16.4, hereby advise the Court that the parties have reached an agreement to settle the instant case and have executed a Settlement Agreement. Concurrently, the parties are filing a joint stipulation dismissing all pending claims with prejudice.

Respectfully submitted this 14th day of April, 2022.

| /s/ Deborah E. Frimmel, Esq. | /s/ Emily J Chase, Esq. |
|---|---|
| **DEBORAH E. FRIMMEL**, FBN 93970 | **JOSEPH G. SANTORO,** FBN: 150649 |
| deborah@burruezolaw.com | jsantoro@gunster.com |
| Burruezo & Burruezo, PLLC | **EMILY J CHASE,** FBN:  1004117 |
| 911 Outer Road | echase@gunster.com |
| Orlando, FL  32814 | Gunster, Yoakley & Stewart, P.A. |
| Telephone:     (407) 754-2904 | 777 S. Flagler Dr., Suite 500 East |
| Facsimile       (407) 754-2905 | West Palm Beach, FL  33401 |
| Service Email:  docketing@burruezolaw.com | Telephone:     (561) 655-1980 |
| ***Attorneys for Plaintiff*** | ***Attorneys for Defendant*** |